UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| CENK UYGUR and JOHN WARD,<br><br>Plaintiffs**,**<br><br>v.<br><br>SOUTH CAROLINA, HENRY MCMASTER in his official capacity as Governor of South Carolina, ALAN WILSON in his official capacity as Attorney General of South Carolina, MARK HAMMOND, in his capacity as Secretary of State of South Carolina, SOUTH CAROLINA DEMOCRATIC PARTY, SOUTH CAROLINA STATE ELECTION COMMISSION, JOHN WELLS and HOWARD M. KNAPP in their official capacities as Chairman and Executive Director, respectively, of the South Carolina State Election Commission,<br><br>Defendants. | Civil Action No. 3:23-cv-6879-JFA<br><br>**SOUTH CAROLINA DEMOCRATIC PARTY'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF** |

Now comes Defendant South Carolina Democratic Party, pursuant to Local Civ. Rule 6.01 (D.S.C), requesting an Order of the Court granting an enlargement of time to allow Defendant until January 9, 2024 to respond to Plaintiffs' Motion for Declaratory and Emergency Injunctive Relief.

On January 2, 2024, Plaintiff filed a Motion to Expedite Hearing (ECF 19). On January 3, 2024, the Court issued a text order granting Plaintiffs' Motion to Expedite (ECF 31), making Defendant SCDP's response due January 5, 2024.

Defendant SCDP requests this extension as the SCDP was:

1. Served improperly with Plaintiffs' Complaint and Motion For Injunctive via email on December 28, 2023;

2. Plaintiff never served SCDP with a copy of its Motion to Expedite nor the Court's Text Order.

Defendant SCDP respectfully requests that the deadline for Defendant South Carolina Democratic Party's response to Plaintiff's Motion for Declaratory and Injunctive Relief be enlarged by four days from January 5, 2024 to January 9, 2024.

Counsel for Plaintiff was consulted and consented to this extension and enlargement of time.

Defendant South Carolina Democratic Party does not anticipate that this enlargement of time will affect any other deadlines in this matter.

Respectfully Submitted,

**LAW OFFICES OF RICHARD HRICK, PA**

*/s/ Richard A. Hricik*

Richard A. Hricik (#7649)
941 Houston Northcutt Blvd. Ste 204
Mt. Pleasant, SC 29464
(t) 843.849.0136
Richard@CharlestonLawyer.com
**Attorney for South Carolina Democratic Party**

 IT IS SO ORDERED

Joseph F. Anderson
United States District Judge

Mount Pleasant, South Carolina
January 9, 2024