UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| CENK UYGUR and JOHN WARD,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH CAROLINA; HENRY MCMASTER, in his official capacity as Governor of South Carolina; ALAN WILSON, in his official capacity as Attorney General of South Carolina; MARK HAMMOND, in his capacity as Secretary of State of South Carolina; SOUTH CAROLINA DEMOCRATIC PARTY; SOUTH CAROLINA STATE ELECTION COMMISSION, JOHN WELLS, and HOWARD M. KNAPP, in their official capacities as Chairman and Executive Director, respectively, of the South Carolina State Election Commission,<br><br>Defendants. | Case No.   3:23-cv-06879-JFA |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Cenk Uygur and John Ward, appeal to the United States Court of Appeals for the Fourth Circuit from the District Court's Order announced from the bench on January 10, 2024 (*See* ECF No. 54) denying Plaintiffs' Motion for Declaratory and Emergency Injunctive Relief (ECF No. 2).

Dated: January 12, 2024

**FOSTER GARVEY PC**

Brad C. Deutsch*
Dwayne D. Sam*
3000 K St NW, Ste 420
Washington, DC 20007
T: 202.298.1793
E: brad.deutsch@foster.com
E: dwayne.sam@foster.com

Malcolm Seymour, III*
Jeanne Barenholtz*
100 Wall St, 20th Fl
New York, NY 10005
T: 212.431.8700
E: malcolm.seymour@foster.com
E: Jeanne.Barenholtz@foster.com

Julia Doherty*
1111 Third Ave, Ste 3000
Seattle, WA 98101
T: 206.447.2917
E: julia.doherty@foster.com

*Counsel for Plaintiffs*
\* Admitted *Pro Hac Vice*

Respectfully submitted,

**HARRIS & GASSER, LLC**

/s/ Gregory P. Harris
Gregory P. Harris (#1739)
Historic District
1529 Laurel Street
Columbia, SC 29201
T: 803.779.7080
E: greg@harrisgasserlaw.com

*Local Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 12th day of January, 2024, a true and correct copy of the foregoing document was filed in this action and thereby served on all counsel of record in this proceeding via the CM/ECF system.

/s/ Gregory P. Harris
Gregory P. Harris
Historic District
1529 Laurel Street
Columbia, SC 29201
T: 803.779.7080
E: greg@harrisgasserlaw.com

*Local Counsel for Plaintiffs*
